**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA   DIVISION**

| | | |
|---|---|---|
| DEBORAH J. CARTER, | : | |
| Claimant, | : | |
| | : | |
| v. | : | 7:07-CV-148 (WLS) |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | |
| | : | |
| Respondent. | : | |

**O R D E R**

Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. 11), filed August 7, 2008. It is recommended that the Commissioner's decision to adopt the ALJ's decision be adopted pursuant to Sentence Four of § 405 (g). Claimant filed an objection on August 29, 2008, outside the time specified by the rules. Claimant is represented by counsel and provided no explanation for her late filing, and did not request additional time to file her objections. Therefore, Claimant's untimely objections were not considered by the Court.

Upon full consideration of the record, the Court finds that said Recommendation (Doc. 11) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein together with the reasons stated and conclusions reached herein. The Commissioner's decision is **AFFIRMED** pursuant to Sentence Four of § 405(g).

**SO ORDERED**, this __30th__ day of September, 2008.


   /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS**
**UNITED STATES DISTRICT COURT**